**2009–1618.   JDS Salupo, Ltd. v. Summit Cty. Bd. of Revision.**

Board of Tax Appeals, No. 2006–A–2162. This cause is pending before the court as an appeal from the Board of Tax Appeals. Upon consideration of the joint motion of the parties to remand this cause to the Board of Tax Appeals,

It is ordered by the court that the motion is granted, and this cause is remanded to the Board of Tax Appeals to implement the settlement agreement of the parties.

**2010–0740.   Berry v. Lucas Cty. Bd. of Commrs.**

Certified Question of State Law, United States District Court, Northern District of Ohio, Western Division, No. 3:08CV3005. This cause came before the court on the certification of a state-law question from the United States District Court, Northern District of Ohio, Western Division. As the parties failed to timely file preliminary memoranda pursuant to S.Ct.Prac.R. 18.6,

It is ordered by the court, sua sponte, that the parties shall file preliminary memoranda as required by S.Ct.Prac.R. 18.6 no later than 20 days from the date of this order. Failure to timely file the preliminary memoranda may result in dismissal of this case for want of prosecution.

## MISCELLANEOUS DISMISSALS

**2010–0647.   Cinco Properties, L.L.C. v. Franklin Cty. Bd. of Revision.**

Board of Tax Appeals, No. 2008–M–2431. This cause is pending before the court as an appeal from the Board of Tax Appeals. Upon consideration of appellant's application for dismissal,

It is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

**2010–0983.   Lyndhurst v. Di Fiore.**

Cuyahoga App. No. 93270, 2010-Ohio-1578. This cause is pending before the court as a discretionary appeal and claimed appeal of right. On June 3, 2010, when this appeal was filed, a check in the amount of $100 was submitted by appellant to satisfy the requirement of the docket fee imposed by R.C. 2503.17 and S.Ct.Prac.R. 15.1. This court has been informed by the Office of the Treasurer of Ohio that the check was returned because of inability to locate the account. Whereas R.C. 2503.17 and S.Ct.Prac.R. 15.1 require that the docket fee shall be paid before a notice of appeal is filed or a case is docketed,

It is ordered by the court, sua sponte, that this cause is dismissed.

## CASE ANNOUNCEMENTS

*June 24, 2010*

[Cite as *06/24/2010 Case Announcements #2*, 2010-Ohio-2877.]